**CIVIL DOCKET**

**UNITED STATES DISTRICT COURT**

Jury demand date:

No. 3533

D. C. Form No. 106A Rev.

| TITLE OF CASE | ATTORNEYS |
|---|---|
| G. E. FERGUSON, LILLY FERGUSON, S. A. AMMAR and NICK SAVAS<br><br>VS<br><br>WESTCHESTER FIRE INSURANCE COMPANY, a corporation, THE PHOENIX INSURANCE COMPANY, a corporation, THE EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD a corporation, and MONARCH INSURANCE COMPANY OF OHIO, a corporation | For plaintiff:<br><br>~~E. Loyd Leckie~~<br>~~Steptoe and Johnson~~<br>~~608 Kanawha Valley Building~~<br>~~Charleston, W. Va.~~<br>Robert Perry<br>R. L. DiTrapano<br>241 Peoples Building<br>Charleston, W. Va.<br><br>For defendant:<br><br>E. Loyd Leckie<br>Steptoe and Johnson<br>608 Kanawha Valley Building<br>Charleston, West Virginia |

| STATISTICAL RECORD | COSTS | | | DATE 1966 | NAME OR RECEIPT NO. | REC. | | DISB. | |
|---|---|---|---|---|---|---|---|---|---|
| J.S. 5 mailed | Clerk | | | 10/27 | 41384 | 15 | 00 | | |
| | | | | 10/31 | U.S.Dep.#20 | | | 15 | 00 |
| J.S. 6 mailed | Marshal | | | | | | | | |
| Basis of Action: | Docket fee | | | | | | | | |
| | Witness fees | | | | | | | | |
| Action arose at: | Depositions | | | | | | | | |

No. 3533 - G.E. Ferguson, Lilly Ferguson, S.A. Ammar and Nick Savas vs Westchester Fire Insurance Company, The Phoenix Insurance Company, The Employers' Liability Assurance Corporation, Ltd. and Monarch Insurance Company of Ohio, a corporation

| DATE 1966 | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| Oct. 27 | Filed Petition for Removal | |
| 27 | Filed Removal Bond | |
| 27 | Filed Proof of Notice of Removal and of filing of petition for removal | |
| 28 | Filed Answer of Defendant, The Employers' Liability Assurance Corporation, Ltd., with certificate of service | |
| 28 | Filed Answer of Defendants Westchester Fire Insurance Company, The Phoenix Insurance Company and Monarch Insurance Company of Ohio, with certificate of service | |
| Dec. 19 | Order, case dismissed with prejudice as settled and compromised. (C.O.B. 21, P. 215 ) | |